UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TODD BONDS,
    Plaintiff,

vs.

UNICERSITY OF CINCINNATI
MEDICAL CENTER, et al.,
    Defendants.

Civil Action No. 1:15-cv-641
Litkovitz, M.J.

ORDER

Plaintiff filed a motion for sanctions on January 25, 2016. (Doc. 26). Plaintiff requested sanctions against defendants for failing to respond to plaintiff's first set of interrogatories, which plaintiff asserts were served on defendants in October 2015. Plaintiff alleges that defendants did not respond to the interrogatories within the time period established by the Court at the Rule 26 conference. Defendants move to strike the motion on the grounds plaintiff did not exhaust extrajudicial means to resolve the dispute and a motion for sanctions is not proper because defendants provided the requested discovery within 21 days of service of the motion. (Doc. 27, citing Fed. R. Civ. P. 11(c)(2)). Plaintiff subsequently filed a notice seeking to withdraw the motion for sanctions and requesting that the status conference scheduled for March 23, 2016, be rescheduled to a date in August due to his present incarceration.

Accordingly, plaintiff's motion for sanctions (Doc. 26) and defendants' motion to strike the motion for sanctions (Doc. 27) are **DENIED** as moot. The status conference currently scheduled for Wednesday, March 23, 2016 at 3:00 p.m. is rescheduled to **Thursday, August 4, 2016 at 2:00 p.m.**

    **IT IS SO ORDERED**.

Date: 3/9/16

Karen L. Litkovitz
United States Magistrate Judge