TODD BONDS,
    Plaintiff,

Case No. 1:15-cv-00641
Litkovitz, M.J.

vs.

UNIVERSITY OF CINCINNATI
MEDICAL CENTER, et al.,
    Defendants.

**ORDER**

This matter is before the Court following an informal discovery conference held on August 25, 2017. The issues raised by the parties are resolved as follows:

1. Plaintiff Todd Bonds shall provide the following information in response to defendant Jack Conway's Requests for Production of Documents and Interrogatories:

i. Request for Production of Documents No. 1: Plaintiff shall produce within **twenty (20) days** of the date this Order all documents and communications from Conway or any employee or staff member of the Office of the Kentucky Attorney General that plaintiff believes threatened or otherwise intimidated him due to his criticism of Conway on social media or any internet websites.

ii. Request for Production of Documents No. 3: Plaintiff shall produce, within **twenty (20) days** of the date of this Order, all documents and communications relating to posts made by plaintiff or his agents on any social media or other internet websites in which plaintiff referenced Conway, the Office of the Kentucky Attorney General, or any of the employees or staff members of the Kentucky Attorney General's Office from January 1, 2015 to the present. The social media or other internet websites include, but are not limited to, any Twitter

account created or controlled by plaintiff and plaintiff's website www.theoutclause.com.

iii. Request for Production of Documents No. 4: Plaintiff shall produce, within **thirty (30) days** of the date of this Order, all documents and communications reflecting any income, revenue, and benefits received in connection with his website www.theoutclause.com from January 2015 to the present.

iv. Request for Production of Documents No. 5: The Court upholds plaintiff's objection to defendant Conway's request for all documents relating to any criminal charges or convictions against plaintiff on the ground this information is publicly available.

v. Interrogatory No. 1: Plaintiff shall disclose the name of the provider for his website www.theoutclause.com within **thirty (30) days** of the date of this Order.

2. Defendant Conway shall construe plaintiff's Request for Production of Documents related to the dates Conway made campaign visits to Campbell, Boone and Kenton, County Kentucky on specified dates in September as an interrogatory and answer the interrogatory within **twenty (20) days** of the date of this Order.

3. The Court upholds defendants Kentucky State Police Officers' objection to plaintiff's Request for Production of Documents seeking copies of legal materials insofar as defendants object on the ground the information is equally available to plaintiff.

**IT IS SO ORDERED.**

Date: _8/28/17_

Karen L. Litkovitz
United States Magistrate Judge

2