UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TODD BONDS,
    Plaintiff,

vs.

UNIVERSITY OF CINCINNATI
MEDICAL CENTER, et al.,
    Defendants.

Case No. 1:15-cv-641

Litkovitz, M.J.

**ORDER**

This matter is before the Court on defendant Jack Conway's motion to declare plaintiff Todd Bonds a vexatious litigator. (Doc. 186). Defendant alleges that since 2014, plaintiff has filed at least 14 other lawsuits in Kentucky state and federal courts which, if they are not pending, have been dismissed or resolved on summary judgment in favor of the defendants named in the lawsuits. Defendant argues that those lawsuits demonstrate that plaintiff has a history of pursuing frivolous and abusive *in forma pauperis* litigation. Defendant further contends that plaintiff's conduct in this case demonstrates plaintiff's alleged abuse of process. Defendant notes that the United States District Court for the Eastern District of Kentucky has declared plaintiff to be a vexatious litigator[1], and defendant argues that this Court should do the same.

Apart from this lawsuit, defendant's motion to declare plaintiff a vexatious litigator is based entirely on plaintiff's history of filings in the Kentucky courts. Plaintiff has been declared a vexatious litigator and has been sanctioned for his litigation conduct in Kentucky. Plaintiff has not engaged in comparable conduct in the Southern District of Ohio. Thus, his behavior does not warrant the imposition of sanctions by this Court at the present time.

---

[1] *See Bonds v. Daley*, No. 2:17-cv-00008-DLB-EBA, 2018 WL 2405903 (E.D. Ky. Feb. 21, 2018) (Report and Recommendation), *adopted*, 2018 WL 2376559 (E.D. Ky. May 24, 2018).

**IT IS THEREFORE ORDERED** that defendant's motion to declare plaintiff a vexatious litigator (Doc. 186) is **DENIED**.

Date: 11/6/18

Karen L. Litkovitz
United States Magistrate Judge