## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 06, 2019

Mr. Richard W. Nagel
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

          Re:  Case No. 18-3509, *Todd Bonds v. Univ of Cincinnati Med Ctr, et al*
               Originating Case No. : 1:15-cv-00641

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

                                    Sincerely yours,

                                      s/Amy E. Gigliotti
                                      Case Management Specialist
                                      Direct Dial No. 513-564-7012

cc:  Mr. Todd Bonds
      Mr. Douglas R. Dennis
      Mr. Shandeep Jonathan Dutta
      Mr. George D. Jonson
      Mr. Bill J. Paliobeis
      Ms. Linda L. Woeber

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-3509

_____

Filed: March 06, 2019

TODD BONDS

      Plaintiff - Appellant

v.

UNIVERSITY OF CINCINNATI MEDICAL CENTER; UNIDENTIFIED "UCMC" "SECURITY" EMPLOYEE; MIKE POSEY; OFFICE OF THE ATTORNEY GENERAL; JOHN WILLIAM CONWAY, aka Jack Conway; KENTUCKY STATE POLICE; COMMONWEALTH OF KENTUCKY; DANNY CAUDILL; RICHARD SAINT-BLANCARD

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 02/06/2019 the mandate for this case hereby issues today.

 COSTS:  None